ELIAS WILLNER, Respondent, v. GEORGE BERNARD Co., INC., Appellant.—
Judgment and order unanimously affirmed, with costs. No opinion. Present —
Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

HERMAN ACKER, Respondent, v. ERNEST H. STOLTZ, Appellant.— Appeal
dismissed, with ten dollars costs and disbursements. This court is without
jurisdiction to review the order in question. The only appeals to this court
allowable by section 216 of the charter of the city of New Rochelle* are appeals
from judgments in civil actions and final orders in summary proceedings. Kelly,
P. J., Rich, Jaycox, Kelby and Young, JJ., concur.

EDWARD BURBACH, Appellant, v. MARY SINRAM and Others, Respondents.—
Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J.,
Rich, Jaycox, Kelby and Young, JJ.

CHRIS DALURY, Respondent, v. ANDREW ANTONOPOULOS, Appellant.— Order
affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J.,
Rich, Jaycox, Kelby and Young, JJ., concur.

JOHN JOSEPH HIGGINS and Others, Respondents, v. WINIFRED LYNCH, Appel-
lant.— Final judgment reversed on the law, and new trial granted, with costs to
abide the event. The plaintiffs and the defendant were all persons interested
in the event.† All of them claimed the proceeds of the bank account through
their deceased mother. The court allowed two of the plaintiffs to testify, over
objection and exception, as to conversations had between them and their mother,
in the presence of the defendant, on material points in the case. Plaintiff Sheedy
was allowed so to testify at folios 117, 119 and 125. Having ruled that plaintiff
Rocco was not disqualified as a witness, the court allowed her to testify to like
conversations at folios 165 and 166. The witnesses were interested in the event,
and were, therefore, disqualified from testifying to any declarations made by the
decedent even though made in defendant's presence. (*Hines* v. *Hines*, 199 App.
Div. 688; *Matter of Eno*, 196 id. 131; *Griswold* v. *Hart*, 205 N. Y. 384.) This
same rule would prevent the defendant from testifying to the delivery of the
passbook to her a few days before the death of the mother. Kelly, P. J., Rich,
Jaycox, Manning and Kelby, JJ., concur.

ROBERT HITLIN, Respondent, v. BENJAMIN KLEGER, Appellant.— Judgment
and order of the County Court of Kings county unanimously affirmed, with costs.
No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

In the Matter of the Application of the BROOKLYN PUBLIC LIBRARY, Respond-
ent, for a Peremptory Mandamus Order against CHARLES L. CRAIG, as Comp-
troller of the City of New York, Appellant.— Order affirmed, with ten dollars
costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Kelby and
Young, JJ., concur.

In the Matter of the Application of ANTHONY MOORS for a Mandamus Order
against CHARLES L. CRAIG, as Comptroller of the City of New York, and Another,
Appellants. STATE CIVIL SERVICE COMMISSION, Respondent.— Order affirmed,
with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich,
Jaycox, Kelby and Young, JJ., concur.

In the Matter of the Application of HELEN SCHIROTT NESMITH for an Order

---

* See Laws of 1910, chap. 559, § 216, as amd. by Laws of 1921, chap. 596.— [REP.
† See Civ. Prac. Act, § 347; formerly Code Civ. Proc. § 829.— [REP.